No. 25-5028　　　　　　　　　　　　　　　　　September Term, 2024

1:25-cv-00385-ABJ

Filed On: February 13, 2025

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

　　　　Appellee

　　v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

　　　　Appellants

**BEFORE:** Katsas, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, it is

**ORDERED** that appellee file a response to the emergency motion by 6:00 p.m. on February 13, 2025.

### Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:　/s/
　　Selena R. Gancasz
　　Deputy Clerk